PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPHUS M. PETAWAY, | ) | CASE NO. 4:11CV02529 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | |
| VINCENT BURTON., | ) | |
| | ) | **MEMORANDUM OF OPINION AND** |
| Defendant. | ) | **ORDER** (Resolving ECF No. 4) |

This matter is before the Court upon *Pro se* Plaintiff Josephus Petaway's Motion to Rescind February 14, 2012 Order to Deduce $350.00 Filing Fee. ECF No. 4. The Court notes that the docket reflects that Plaintiff paid the full filing fee of $350.00 on December 9, 2011. Petaway's motion, therefore, is well taken.

Accordingly, Plaintiff's Motion to Rescind is granted (ECF No. 4). The Court further orders that its Order dated February 14, 2012 is vacated.

IT IS SO ORDERED.

February 23, 2012                     */s/ Benita Y. Pearson*
Date                                              Benita Y. Pearson
                                                      United States District Judge